# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

157713

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEREK CHRISTOPHER ARMSTRONG,
      Defendant-Appellant.

SC: 157713
COA: 342807
Ingham CC: 15-001143-FH

_____/

      By order of October 30, 2018, the application for leave to appeal the April 24, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, ___ Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

p0923